**In re S.V. BABU, Sharath Hegde, and Sunil Chandra Jha.**

No. 2008–1025.

United States Court of Appeals, Federal Circuit.

July 10, 2008.

Susan E. Chetlin, Fennemore Craig, P.C., of Denver, Colorado, for appellants. With her on the brief was Bruce E. Dahl.

Stephen Walsh, Acting Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, for the Director of the United States Patent and Trademark Office. With him on the brief were Nathan K. Kelley and Heather F. Auyang, Associate Solicitors.

RADER, BRYSON and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

***AFFIRMED.*** See Fed. Cir. R. 36.